IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CV481

| | | |
|---|---|---|
| FASHION NETWORK, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| CHESTERFIELD MANUFACTURING, | ) | |
| CORP., and APPAREL HOLDINGS, LLC, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its own motion. A review of the record reveals that Defendants filed bankruptcy proceedings in the U.S. Bankruptcy Court, District of South Carolina, Case No. 06-00200-JW. While no action has been taken in recognition of the automatic stay imposed, a stay was never ordered by this Court. As Defendant's bankruptcy proceedings are ongoing, the undersigned will issue a stay in the above-captioned civil action and administratively close the case pending further notice from the parties.

**IT IS, THEREFORE, ORDERED** that the above-captioned civil action is hereby **STAYED** pending further notice from the parties.

**IT IS FURTHER ORDERED** that the Clerk of Court is to remove this action as a statistically pending matter as outlined in Volume XI, Chapter V of the *Guide to Judiciary Policies and Procedures.* Plaintiff is advised that if relief is still sought from this Court at the conclusion of Defendant's bankruptcy proceedings, a motion requesting that the case should be reopened should be submitted.

Signed: March 29, 2007

Graham C. Mullen
United States District Judge